# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA
## PITTSBURGH DIVISION

| | |
|---|---|
| AMY BUMBARGER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:15-cv-00944-CB |
| | ) |
| CREDIT ONE FINANCIAL D/B/A | ) |
| CREDIT ONE BANK, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION AND AGREED ORDER TO ARBITRATE AND STAY PROCEEDINGS

This matter comes before the Court pursuant to an agreement by the parties. Plaintiff Amy Bumbarger ("Plaintiff") and Defendant Credit One Financial d/b/a Credit One Bank ("Credit One"), by and through their undersigned counsel, have agreed to enter into binding arbitration of Plaintiff's claims against Credit One. The parties request this Court stay this case pending arbitration.

Upon review of the docket and other good cause shown, the Court finds the parties' request to be appropriate and well-taken. Therefore, this Court **ORDERS** that:

The Stipulation and Agreed Order to Arbitrate and Stay Proceedings is **GRANTED**. Plaintiff Amy Bumbarger and Credit One are **ORDERED** to submit their dispute to arbitration pursuant to the parties' written agreement to arbitrate. Plaintiff's claims against Credit One are hereby **STAYED** pending the results of that arbitration.

**IT IS SO ORDERED** this _____ day of _____, 2016.

_____
HON. CATHY BISSOON

2

APPROVED:

| | |
|---|---|
| /s/ Craig T. Kimmel<br>Craig T. Kimmel<br>Kimmel & Silverman, P.C.<br>30 East Butler Pike<br>Ambler, PA 19002<br>Telephone: (215) 540-8888<br>Facsimile:<br>kimmel@creditlaw.com<br><br>Attorney for Plaintiff | */s/ Ross S. Enders*<br>Ross S. Enders<br>Sessions, Fishman, Nathan & Israel, LLC<br>2303 Oxfordshire Road<br>Furlong, PA 18925<br>Telephone:  (215) 794-7207<br>Facsimile:  (215) 794-5079<br>renders@sessions.legal<br><br>Attorney for Defendant |